AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:19-mj-262 |
| JAMES QUARLES A/K/A JAY ROCK | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  James Quarles ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 USC 846 - Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance (Oxycodone)

Date: Aug. 9, 2019

_____
*Issuing officer's signature*

City and state:  Bismarck, ND

Clare Hochhalter, US Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/9/2019 , and the person was arrested on *(date)* 8/9/2019
at *(city and state)* Bismarck, ND .

Date: 8/9/2019

_____
*Arresting officer's signature*

Reed Mesman - FBI SA
*Printed name and title*