IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES WILLIAM QUARLES,<br>a/k/a JAY ROCK,<br><br>Defendant. | Case No. 3:19-cr-137<br><br>**AMENDED PRELIMINARY ORDER OF FORFEITURE** |

WHEREAS, the Indictment included a Forfeiture Allegation wherein the United States sought forfeiture of specific property of the above-captioned defendant, James William Quarles, a/k/a Jay Rock;

AND AS A RESULT of the guilty plea on November 6, 2020, to an Information, which also included a Forfeiture Allegation, together with the defendant's waiver of any rights to said property pursuant to the Plea Agreement, pursuant to Title 18, United States Code, Section 982(a)(1)(C), Title 21, United States Code, Section 853(a), and Title 28, United States Code, Section 2461, the defendant, James William Quarles, a/k/a Jay Rock, shall forfeit to the United States of America all of his right, title and interest to:

- $3,396.16 in United States currency.

It is hereby ORDERED, ADJUDGED and DECREED:

1. That all of the defendant's right, title and interest in the following property is hereby forfeited, that the United States is hereby authorized to seize the following property at the time of sentencing, and it will be forfeited to the United States of America for disposition in accordance with the law, that being:

- $3,396.16 in United States currency.

2. That all of the aforementioned forfeited property is to be held by the Federal Bureau of Investigations, in their custody and control.

3. That the United States of America shall post Notice of Forfeiture on the official government internet site (www.forfeiture.gov) for at least 30 consecutive days and notice that any person, other than the defendant, having or claiming a legal interest in the above-listed forfeited property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the Order of Forfeiture, as a substitute for published notice as to those persons so notified.

4. That upon adjudication of any and all third-party interests, this Court will enter a Final Order of Forfeiture in which all interests will be addressed.

ORDERED this __20__ day of November 2020.

PETER D. WELTE, Chief Judge
United States District Court